UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br><br>        Plaintiff,<br><br>   -against-<br><br>BIG NIGHT, LLC and WEST 10TH STREET PARTNER LLC,<br><br>        Defendants. | Case No. 1:25-cv-01097 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Plaintiff alleges that Defendants' party-supply store is not accessible to customers in violation of Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.*, New York City Human Rights Law, N.Y.C. Admin. Code §§ 8-107(4), and New York State Human Rights Law, N.Y. Exec. Law § 296(2)(a).  *See* Dkt. 1 ¶¶ 14, 16, 21-37.  The parties report that they have engaged in a meet and confer in an attempt to settle this case, and jointly request a referral to the Southern District Mediation Program.  Dkt. 16.

  To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that this case is referred for mediation to the Southern District Mediation Program.  The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

Dated: May 1, 2025
   New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge