UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAMEL NORRIS,  CASE NO: 1:25-cv-01097-JLR

    Plaintiff,

vs.

BIG NIGHT, LLC, a New York limited
liability company, d/b/a BIG NIGHT, and
WEST 10TH STREET PARTNER LLC,
a New York limited liability company,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    COME NOW, Plaintiff, NAMEL NORRIS, and Defendants, BIG NIGHT, LLC, a New York limited liability company, d/b/a BIG NIGHT, and WEST 10TH STREET PARTNER LLC, a New York limited liability company, by and through the undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case, which shall result in the dismissal of all parties and the entire case. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. The parties respectfully request a thirty (30) day Order of Dismissal to be issued in this matter.

    Dated: This 29th day of September, 2025.

By: /S/ Robert J. Mirel  
    Robert J. Mirel, Esq.  
    The Weitz Law Firm, P.A.  
    Bank of America Building  
    18305 Biscayne Blvd., Suite 214  
    Aventura, Florida 33160  
    Telephone: (305) 949-7777  
    Facsimile: (305) 704-3877  
    Email: rjm@weitzfirm.com  
    *Attorneys for Plaintiff*

By: /S/ Edward Weiss  
    Edward Weiss, Esq.  
    Azoulay Weiss, LLP  
    864 Willis Avenue, Suite 6 & 8  
    Albertson, NY 11507  
    Telephone: (516) 739-6200  
    Facsimile: (516) 739-6202  
    Email: Eweiss@azoulayweiss.com  
    *Attorney for Defendants*